IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT PURYEAR, | § | |
| | § | No. 40, 2018 |
| Defendant Below-Appellant, | § | |
| | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1410020161 (K) |
| Plaintiff Below-Appellee. | § | |
| | § | |

Submitted: March 8, 2018
Decided: May 15, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# O R D E R

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's decision adopting the Commissioner's well-reasoned report dated September 20, 2017. There is no merit to the appellant's claim of ineffective assistance of counsel in the entry of his 2015 guilty plea to continuous sexual abuse of a child and fourth degree rape.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice